Trull
*v.*
Skinner.

Feb. 24th,
1835

## SAMUEL STONE *versus* CALVIN HUBBARD.

Where the general issue is pleaded in an action of trespass *quare clausum* brought before a justice of the peace, the plaintiff is not obliged to prove that he was in the exclusive possession of the close.

TRESPASS *quare clausum*, originally brought before a justice of the peace. Plea, the general issue. In the Court of

Stone
v.
Hubbard.

Common Pleas, the plaintiff proved that he planted and culti-vated corn on the close, but did not prove any other title. The defendant contended, that it was incumbent on the plain-tiff to prove that he was in the exclusive possession at the time of the alleged trespass ; but *Cummins* J. ruled that such evi-dence was unnecessary, and that inasmuch as the defendant had pleaded the general issue, he was not at liberty to contro-vert the plaintiff's title or possession.    To this decision the defendant excepted.

*Feb. 27th.*

*T. Fuller* and *B. Russell*, for the defendant, cited *St.* 1783, c. 42, § 2, 6, 7.    [Revised Stat. *c.* 85, § 1, 3, 6, 11.]

*Farley*, for the plaintiff, cited *Lynch* v. *Rosseter*, 6 Pick. 419.

*Oct. 16th.*

*Per Curiam.*    The objection made by the defendant was rightly disallowed.    If he meant to controvert the title of the plaintiff, he should have put it in issue *in limine*, by plead-ing it.

*Exceptions overruled*